STATE *v.* LEO SHUFELT.

February Term, 1935.

Present: POWERS, C. J., MOULTON, THOMPSON, and SHERBURNE, JJ., and BUTTLES, Supr. J.

Opinion filed May 9, 1935.

*E. J. Smith* and *David E. Porter* for the respondent.

*Lee E. Emerson,* State's attorney, for the State.

BUTTLES, Supr. J.   This is a prosecution under P. L. Sec. 8602, commonly known as the Blanket Act.

This case and *State* v. *Myrtie Belle Woods, ante* page 354, 179 Atl. 1, were tried together below and heard together in this Court.   The two respondents are charged with being *particeps criminis* in the same offense, and the same questions are involved.

For the reasons specified in our opinion in *State* v. *Woods, supra.*

*Judgment that there is no error in the record.   Exceptions overruled.   Let execution be done.*